SANGER v. CONNOR.

(Supreme Court, Appellate Division, First Department. June 29, 1904.)

1. ATTACHMENT—MOTION TO VACATE—AFFIDAVIT.
    Where the affidavit on which an order to show cause was granted on
    motion to vacate an attachment failed to state the present condition of
    the action, and whether at issue, and, if not tried, the time appointed for
    holding the next term where the action was triable, the objection to
    the affidavit for failing to comply with Gen. Prac. Rule 37, must be sus-
    tained.

Appeal from Special Term, New York County.

Action by Eugene B. Sanger against Welcom Y. Connor. From
an order denying a motion to vacate a warrant of attachment, defendant
appeals. Affirmed.

Argued before VAN BRUNT, P. J., and HATCH, McLAUGH-
LIN, O'BRIEN, and LAUGHLIN, JJ.

Jesse Stearns, for appellant.
Joseph M. Baum, for respondent.

PER CURIAM. The affidavits upon which the order to show cause
was granted failed to state the present condition of the action, and
whether at issue, and, if not yet tried, the time appointed for holding the
next trial term where the action is triable. Upon the return of the
order to show cause, and before the hearing, the plaintiff made a pre-
liminary objection that the moving papers did not comply with rule
37 of the General Rules of Practice, which provides that these matters
must be stated. The objection was good, and should have been sus-
tained. Cole v. Smith, 84 App. Div. 500, 82 N. Y. Supp. 982. Apart,
therefore, from the merits, which we do not pass upon, we think the
motion to vacate the warrant of attachment for failure to comply with
the rules of practice was properly denied.

The order appealed from should accordingly be affirmed, with $10
costs and disbursements.

